IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KENT D. PARRIS                                                    PLAINTIFF
#147109

v.                          No. 2:22-cv-229-DPM

ARKANSAS COUNTY DETENTION
CENTER; ARKANSAS DEPARTMENT
OF CORRECTIONS; CLAYTON EVANS,
Maintenance; TYRAN MCCRADIC,
Jail Administrator; and DEAN MANNIS,
Sheriff                                                          DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Parris hasn't paid the $402 administrative and filing fee or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 4*. His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

2 March 2023