IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KENT D. PARRIS                                             PLAINTIFF
#147109

v.                         No. 2:22-cv-229-DPM

ARKANSAS COUNTY DETENTION
CENTER; ARKANSAS DEPARTMENT
OF CORRECTIONS; CLAYTON EVANS,
Maintenance; TYRAN MCCRADIC,
Jail Administrator; and DEAN MANNIS,
Sheriff                                                    DEFENDANTS

## JUDGMENT

Parris's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2023